FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUILLERMO RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary of Corrections,<br><br>    Respondent. | Case No. CV 11-07151 CAS (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (dkt. 20). Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1.  The Objections are overruled for the reasons set forth in the R&R. Petitioner continues to argue the trial evidence by pointing to alleged conflicts in the victims' testimony, but a reviewing court may not second-guess decisions the jury made in the course of determining the credibility of witnesses, resolving conflicts in the testimony, weighing the evidence, and drawing reasonable inferences from proven facts. *Jackson v. Virginia*, 443 U.S. 307, 319, 99 S. Ct. 2781 (1979). Further,

Petitioner's contention that he has never admitted to "throwing anything towards the victims in this case" is irrelevant because his guilt was established by the eyewitness testimony of his victims and not a confession.

2. The Court accepts the findings and recommendation of the R&R.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 16, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE