FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUILLERMO RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary of Corrections,<br><br>    Respondent. | Case No. CV 11-07151 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 16, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY