FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GUILLERMO RODRIGUEZ,<br><br>             Petitioner,<br><br>      v.<br><br>MATTHEW CATE, Secretary of Corrections,<br><br>             Respondent. | Case No. CV 11-07151 CAS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 16, 2012

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY